UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN R. BLANDFORD, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>EXXON MOBIL CORPORATION, )<br>)<br>Defendant, ) | No.: 3:08-CV-394<br>(VARLAN/GUYTON) |

## O R D E R

Defendant filed a bill of costs with this Court against plaintiff on June 23, 2010 [Doc. 72]. An appeal of the final judgment was filed on July 1, 2010 [Doc. 74]. Plaintiff filed an objection and motion to stay taxation of costs on July 21, 2010 [Doc. 75]. It is the opinion of the Court that costs should not be taxed while this matter is on appeal. *See Brown v. American Enka Corp.*, 452 F. Supp. 154, 159-60 (E.D. Tenn. 1976). Accordingly, the assessment of costs in this matter shall be **STAYED** pending completion of the appellate process.

    IT IS SO ORDERED.

                                                        s/ Thomas A. Varlan
                                                        UNITED STATES DISTRICT JUDGE